**Order entered October 3, 2016**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00405-CV

## IN THE INTEREST OF K.R.P.C., A CHILD

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-16-0099**

## ORDER

The Court has before it appellant's September 28, 2016 motion to increase the time for presenting oral argument time to one hour and thirty minutes. Although this case is at issue and has not yet been set for submission, the Court has determined that oral argument will not significantly aid the decisional process. *See* TEX. R. APP. P. 39.1(d). Therefore, the case will be submitted without oral argument in due course. We **DENY** appellant's motion.

/s/    CRAIG STODDART
        JUSTICE